UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00271-SI |
| v. | ORDER DISMISSING INFORMATION WITH PREJUDICE |
| JOSSLYNN KREUTZ, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss with prejudice the Information, charging the defendant with violating 41 C.F.R. § 102.74.385, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that the Information, charging the defendant with violating 41 C.F.R. § 102.74.385 in the above-captioned matter is DISMISSED with prejudice.

Dated: March 23, 2021

                                                                      /s/ Michael H. Simon
                                                                      HONORABLE MICHAEL H. SIMON
                                                                      United States District Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney